# IN THE SUPREME COURT OF THE STATE OF NEVADA

SOUTHERN TERRACE
HOMEOWNERS ASSOCIATION,
                    Appellant,
vs.
ELSINORE, LLC; AND KING FUTTS
PFM LLC, ON BEHALF OF
THEMSELVES AND AS
REPRESENTATIVES OF THE CLASS
HEREIN DEFINED,
                    Respondents.

No. 76182

**FILED**

FEB 21 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. James Crockett, District Judge
Persi J. Mishel, Settlement Judge
Robbins Law Firm
Adams Law Group
Brown Brown & Premsrirut
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-08132